RECEIVED

MAY 0 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MOTOWN RECORD CO., L. P.
ET AL.

CIVIL ACTION NO. 05-0527

versus

JUDGE STAGG

LAMAR CHAMBERS

MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Plaintiff has obtained entry of default. Plaintiff is now directed to file, by **June 2, 2006**, a Motion for Default Judgment that is fully supported by affidavits, documentation or other evidence sufficient to prove the validity of service of process, the liability of defendant(s), and the extent of damages suffered. The motion shall be supported by a memorandum that explains the legal basis for liability and damages, and that states whether an evidentiary hearing is necessary under the rules explained in Leedo Cabinetry v. James Sales & Distribution, Inc., 157 F.3d 410, 414 (5th Cir. 1998). The motion must be accompanied by a proposed judgment. If plaintiff fails to take the steps required by this order, the complaint may be dismissed for failure to prosecute

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of May, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE